IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN E. QUINN, Individually and as Personal Representative of the Estate of JAMES ALBERT QUINN, Deceased, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:15-cv-001005-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CONTINENTAL MOTORS, INC.'S
RESPONSE TO PLAINTIFFS' MOTION TO STAY**

Comes now Defendant Continental Motors, Inc.[1] ("CMI") and respectfully states that, in light of this Court's May 11, 2016 Order denying CMI's Motion to Dismiss or, in the alternative, Motion for Summary Judgment and its Motion to Strike, CMI does not oppose Plaintiffs' Motion to Stay.

WILKS, LUKOFF & BRACEGIRDLE, LLC

By: */s/ Andrea S. Brooks*
Paul M. Lukoff (Bar No. 96)
Andrea S. Brooks (Bar No. 5064)
1300 North Grant Avenue, Suite 100
Wilmington, Delaware 19806
plukoff@wlblaw.com
abrooks@wlblaw.com

*Attorneys for Continental Motors, Inc. and
Teledyne Continental Motors, Inc. (improperly
named as a separate entity defendant in this action)*

Dated: May 16, 2016

---

[1] In addition to Continental Motors, Inc. ("CMI"), Teledyne Continental Motors, Inc. was improperly named as a separate defendant in this action. CMI's Response is also filed on Teledyne Continental Motors, Inc.'s behalf.