IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN E. QUINN, Individually and as Personal Representative of the Estate of JAMES ALBERT QUINN, Deceased, et al. <br><br> Plaintiffs, <br><br> v. <br><br> AVCO CORPORATION, LYCOMING ENGINES, CONTINENTAL MOTORS, INC., TELEDYNE CONTINENTAL MOTORS, INC., BENDIX CORPORATION, ALLIED-SIGNAL, INC., HONEYWELL INTERNATIONAL, INC., JOHN DOE 1-50, JOHN DOE 51-100 <br><br> Defendants. | Civil Action No. 15-cv-1005-RGA |

## ORDER GRANTING PLAINTIFFS' MOTION TO STAY

NOW, on this 17 day of May 2016, Plaintiffs, Joan Quinn, individually and as Personal Representative of the Estate of James Albert Quinn, Deceased, James Arnold Quinn, Elizabeth Quinn, Stephanie Pfeilsticker, Sarah Quinn and Erin Quinn, come before the Court on their Motion for Stay. (D.I. 24) and Defendants' Non-opposition (D.I. 29)

The Court, after reviewing the Motion for Stay, finds that this action shall be stayed until resolution of Continental Motors, Inc.'s jurisdictional challenge in the case *Quinn v. Wisconsin Aviation, et al*, No. 2015-cv-90078 (Wis. Milwaukee County).

Movants are hereby ordered to file a joint report as to the status of the Wisconsin jurisdictional question and the stay of the claims with the Court within 15 days of receiving an Order from the Circuit Court of Milwaukee County, Wisconsin on Continental Motors, Inc.'s motion to dismiss.

The Motion for Stay is **GRANTED.**

**IT IS SO ORDERED.**

_____
The Honorable Richard G. Andrews