# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN E. QUINN, Individually and as Personal Representative of the Estate of JAMES ALBERT QUINN, Deceased, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVCO CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-cv-001005-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Come now Plaintiffs Joan Quinn, individually and as Personal Representative of the Estate of James Albert Quinn, Deceased, James Arnold Quinn, Elizabeth Quinn, Stephanie Pfeilsticker, Sarah Quinn, and Erin Quinn (collectively referred to as "Plaintiffs"), and Defendant Continental Motors, Inc.[1] ("CMI") and, pursuant to this Court's May 17, 2016 Order (D.I. 30), submit this Joint Status Report.

1. On November 1, 2016, the Wisconsin Circuit Court orally granted CMI's motion to dismiss based on lack of personal jurisdiction. The Court entered an order granting CMI's motion to dismiss on November 15, 2016. (*See* November 15, 2016 Order, attached hereto as Exhibit A.)

2. Plaintiffs have decided not to file an interlocutory appeal or reconsideration of the November 15, 2016 Order.

3. As such, the parties would request that the stay entered by this Court on May 17, 2016 be lifted and this case be placed on the Court's active docket.

---

[1] In addition to Continental Motors, Inc. ("CMI"), Plaintiffs named Teledyne Continental Motors, Inc. as a separate defendant in this action. This Joint Status Report is also filed on Teledyne Continental Motors, Inc.'s behalf.

Dated: December 16, 2016

Respectfully submitted,

FARNAN, LLP

By: /s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Fl.
Wilmington, Delaware 19801
302-777-0300 Telephone
302-777-0301 Facsimile
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Cynthia M. Devers (admitted *pro hac vice*)
THE WOLK LAW FIRM
1710-12 Locust Street
Philadelphia, Pennsylvania
215-545-4220 Telephone
215-545-5252 Facsimile
cdevers@airlaw.com

*Attorneys for Plaintiffs*

WILKS, LUKOFF & BRACEGIRDLE, LLC


By: */s/ Andrea S. Brooks*
Paul M. Lukoff (Bar No. 96)
Andrea S. Brooks (Bar No. 5064)
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805
302-225-0850 Telephone
302-225-0851 Facsimile
plukoff@wlblaw.com
abrooks@wlblaw.com


Sherri R. Ginger (admitted *pro hac vice*)
Timothy A. Heisterhagen (admitted *pro hac vice*)
ARMBRECHT JACKSON LLP
1300 Riverview Plaza
63 S. Royal Street
Mobile, AL 36601
251-405-1300 Telephone
251-432-6843 Facsimile
SRG@ajlaw.com
tah@ajlaw.com

*Attorneys for Continental Motors, Inc. and Teledyne Continental Motors, Inc. (improperly named as a separate entity defendant in this action)*