IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAN E. QUINN, Individually and as Personal Representative of the Estate of JAMES ALBERT QUINN, Deceased, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL MOTORS, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 15-1005-RGA <br> : <br> : <br> : <br> : |

## **JUDGMENT**

For reasons set forth in the Court's Memorandum Opinion and Order dated March 23, 2020 (D.I. 268; D.I. 269);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiffs.

/s/ Richard G. Andrews
United States District Judge

Dated: March 23, 2020

/s/ N. Selmyer
(By) Deputy Clerk